IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Savickas, Kathy | Case Number: 05 B 58120 |
| | Judge: Hollis, Pamela S |
| Printed: 01/29/09 | Filed: 2/8/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 15, 2008
Confirmed: May 1, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 13,854.80 | |
| Secured: | | 5,912.67 |
| Unsecured: | | 4,983.22 |
| Priority: | | 0.00 |
| Administrative: | | 2,215.20 |
| Trustee Fee: | | 743.71 |
| Other Funds: | | 0.00 |
| Totals: | 13,854.80 | 13,854.80 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,215.20 | 2,215.20 |
| 2. | Chrysler Financial Services Americas LLC | Secured | 5,912.67 | 5,912.67 |
| 3. | RoundUp Funding LLC | Unsecured | 976.51 | 3,551.45 |
| 4. | American General Finance | Unsecured | 343.82 | 1,250.42 |
| 5. | TCF Bank | Unsecured | 49.86 | 181.35 |
| 6. | Chase National | Unsecured | | No Claim Filed |
| 7. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 8. | Capital One | Unsecured | | No Claim Filed |
| 9. | Credit Protection Association | Unsecured | | No Claim Filed |
| 10. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 11. | Kohl's/Kohl's Dept Stores | Unsecured | | No Claim Filed |
| 12. | LVNV Funding | Unsecured | | No Claim Filed |
| 13. | Mutual Management Services | Unsecured | | No Claim Filed |
| | | | $ 9,498.06 | $ 13,111.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 46.83 |
| 5% | 41.57 |
| 4.8% | 197.85 |
| 5.4% | 322.90 |
| 6.5% | 134.56 |
| | $ 743.71 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Savickas, Kathy

Printed: 01/29/09

Case Number:  05 B 58120
Judge:  Hollis, Pamela S
Filed:  2/8/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

